Court Ex. 1
12/16/2025
PKC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JEROME KOLLAR,

Defendant.

**WAIVER OF INDICTMENT**

25 Cr.

25 CRIM 584

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1014, 1344, 1349, and 1519; Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18 , United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

JEROME KOLLAR
Defendant

Witness

Patrick Smith, Esq.
Rodney Villazor, Esq.
Attorneys for Defendant

Dated: New York, New York
       December 16, 2025